**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01991-MSK-CBS

RICHARD TAFOYA,

    Plaintiff,

v.

NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, an Ohio corporation,
    Defendant.

**ORDER RE: JOINT MOTION FOR LEAVE TO
FILE STIPULATED PROTECTIVE ORDER**

THE COURT, having reviewed the Joint Motion for Leave to File Stipulated Protective Order (filed January 19, 2006; *doc. no. 9*), and being fully advised herein, hereby **GRANTS** said motion.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

DATED at Denver, Colorado, this 20th day of January, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge