IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01991-MSK-CBS

RICHARD TAFOYA,

      Plaintiff,

v.

NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY,
an Ohio corporation,

      Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice **(#22)**. The Court being fully advised in the premises,

HEREBY ORDERS that the Plaintiff's Complaint against the Defendant, Nationwide Property and Casualty Insurance Company be dismissed with prejudice, each party to pay their own costs. The clerk will close this case.

DATED this 16th day of March 2006.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger*
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge